IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUCKWEED, USA, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: 15-5387-RK |
| RUDOLPH BEHRENS, et. al., | : |
| Defendants. | : |

### REQUEST FOR ENTRY OF DEFAULT

To the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

Plaintiff, Duckweed, USA, Inc., hereby requests the Clerk to enter a default against Defendant, B.E.A.R. Oceanics, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Dated: October 21, 2015    BRAVERMAN KASKEY, P.C.

BY: _____
PETER J. LEYH, ESQUIRE
One Liberty Place - 56th Floor
1650 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiff*

1