IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUCKWEED, USA, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: 15-5387-RK |
| RUDOLPH BEHRENS, et. al., | : |
| Defendants. | : |

### ENTRY OF DEFAULT

It appearing from the record that Plaintiff Duckweed, USA Inc.'s Complaint was filed on September 29, 2015; that summons and complaint were duly served upon the Defendant, B.E.A.R. Oceanics, on September 29, 2015, and that no answer or other pleading has been filed by the defendant in this case as required by law;

Therefore, default is hereby entered against the Defendant, B.E.A.R. Oceanics, as authorized by Federal Rule of Civil Procedure 55(a).

Dated: October 21, 2015                    CLERK OF COURT


                                           BY:_____
                                              **Deputy Clerk**